

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00391-CR

**IN RE** Trermaurya **POWELL**,
Relator

Original Proceeding[1]

### ORDER

On September 16, 2021, Relator filed an "Application for Leave to File Petition for Writ of Mandamus" and a petition for writ of mandamus. Having considered the petition, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.

Further, because the appellate rules do not require an application for leave to file a petition for writ of mandamus, Relator's application is DENIED AS MOOT.

It is so **ORDERED** on September 29, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CR-2393, styled *State of Texas v. Tremaurya Powell*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.